**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 22-51587-SMS |
| JOANN CLARA BREWER ) | |
| ) | CHAPTER 7 |
| DEBTOR. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Jon David W. Huffman & Scott B. McMahan, of Poole Huffman, LLC, file this Notice of Appearance and Request for Notices for LGE Community Credit Union, a creditor and party in interest in the above-styled case, and hereby request receipt of all notices and orders entered in this case.

Respectfully submitted this the 4th day of March 2022.

                                            POOLE HUFFMAN, LLC
                                            */s/ Scott B. McMahan*
                                            Jon David W. Huffman
                                            Georgia Bar No. 937966
                                            Scott B. McMahan
                                            Georgia Bar No. 706240
                                            3562 Habersham at Northlake
                                            Building J, Suite 200
                                            Tucker, Georgia 30084
                                            Tel: (404) 373-4008
                                            Fax: (888) 709-5723
                                            jondavid@poolehuffman.com

scott@poolehuffman.com
Attorneys for LGE CCU

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** using the CM/ECF system, which will automatically send email notification of such filing to the following:

    S. Gregory Hays
    Trustee

    E.L. Clark
    Debtor's Attorney

This the 4th day of March 2022.

                                                POOLE HUFFMAN, LLC
                                                */s/ Scott B. McMahan*
                                                Jon David W. Huffman
                                               Georgia Bar No. 937966
                                               Scott B. McMahan
                                               Georgia Bar No. 706240
                                               3562 Habersham at Northlake
                                               Building J, Suite 200
                                               Tucker, Georgia 30084
                                               Tel:  (404) 373-4008
                                               Fax:  (888) 709-5723
                                               jondavid@poolehuffman.com
                                               scott@poolehuffman.com
                                               Attorneys for LGE CCU